UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEAK N SHAKE INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:18 CV 72 RWS |
| MELISSA WHITE, | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED that** Plaintiff Steak n Shake Inc.'s unopposed motion to dismiss Count II of Defendant Melissa White's counterclaim (Missouri Human Rights Act claim) [27] is **GRANTED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of August, 2018.