```
 1              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
 2                      EASTERN DIVISION

 3   STEAK N SHAKE INC.,           :
                                   :
 4        Plaintiff,               :
                                   :
 5   vs.                           : CASE NO. 4:18-cv-00072-RWS
                                   :
 6   MELISSA WHITE,                :
                                   :
 7        Defendant.               :

 8

 9              ORAL VIDEOTAPED DEPOSITION
                    JEFFERY K. TOMBERLIN
10                   MARCH 13TH, 2019

11

12        ORAL VIDEOTAPED DEPOSITION of JEFFERY K.

13   TOMBERLIN, taken on the 13th day of March, 2019,

14   beginning at 1:45 p.m., at the offices of Ogletree,

15   Deakins, Nash, Smoak & Stewart, P.C., 500 Dallas

16   Street, Suite 3000, Houston, Texas, pursuant to Notice

17   and the Federal Rules of Civil Procedure, Rule No. 30.

18

19

20

21

22

23

24

25
```

```
 1                    JEFFERY K. TOMBERLIN,
 2    having been first duly sworn, testified as follows:
 3                        EXAMINATION
 4    BY MS. WILLIAMS:
 5         Q.    Good afternoon.
 6         A.    Hello.
 7         Q.    Can you please state your full name for the
 8    record?
 9         A.    Jeffrey Keith Tomberlin.
10         Q.    Have you ever gone by any other names or
11    nicknames?
12         A.    No.
13         Q.    My name is Erin Williams, and I am one of the
14    attorneys representing Steak N Shake in this case.  Do
15    you understand that?
16         A.    Yes.
17         Q.    There seems to be just a slight delay, a
18    second or two, with the audio.  So, I'll do my best to
19    make sure that I account for that as we're going
20    through today.  Okay?
21         A.    Okay.
22         Q.    Great.  So, have you ever had your deposition
23    taken before?
24         A.    Yes.
25         Q.    So, you sort of know how this goes; but I
```

1    A.    I said that I had a list of fees.  I'm fairly
2  certain about that.  And he would have asked me to send
3  them to him to review.  And I would have done that.
4    Q.    Sure.  So, at the time Mr. Henderson did, in
5  fact, engage you to work as an expert witness, he -- he
6  was aware of the fees you would charge for that?
7    A.    I believe so, yes.
8    Q.    Okay.  Now, did Mr. Henderson provide you
9  with any documents as, you know, his expert witness in
10 this case?
11   A.    I may have read some depositions associated
12 with this matter.
13   Q.    Do you know who?
14   A.    Not off the top of my head.
15   Q.    Do you remember for sure if you read
16 depositions or not?
17   A.    Not off the top of my head, I do not.
18   Q.    Did he provide you with anything other than
19 documents in, you know, rendering your opinion in this
20 case?
21   A.    Not that I recall.
22   Q.    And I guess when it came time for you to --
23 you know, to -- you were going to make a plan to come
24 and test the meat and then you were going to write a --
25 write a report with your opinion on it, what did

1  pretty straightforward, basic biology.  So, that --
2  that's pretty easy to do.  I mean, for me this was very
3  straightforward.  Yes, these are fly larvae.  This is
4  where they are.  What's the potential issues with that.
5      Q.   Got it.  Right.  And you're rendering an
6  opinion on whether that hamburger had magots on it back
7  in January when she claimed she took it from
8  Steak N Shake, right?
9      A.   No, I just know that the hamburger I looked
10  at had larvae on it.
11      Q.   Got it.  Okay.  Do you know or do you have an
12  opinion on how that particular piece of meat, that
13  hamburger, became contaminated with fly larvae?
14      A.   Nothing beyond the point of if we consider a
15  situation where meat is exposed for a prolonged period
16  of time, that you render -- you run into the risk of
17  having such events take place.  That's understanding
18  the biology of the fly.  That is what would occur
19  under, to put in quotes, normal circumstances.  Meat is
20  left out.  It gets exposed, colonized.
21      Q.   Got it.  And then you used the phrase
22  "prolonged period of time."  What -- what length of
23  time did that mean to you?
24      A.   Sure.  That will be dependent on the
25  conditions in which the hamburger -- hamburger is

```
 1      Q.   Okay.  In fact, do you -- can you even say as
 2   part of your opinion that this, in fact, a hamburger
 3   patty from Steak N Shake?
 4      A.   No.
 5      Q.   Do you have any information about where this
 6   hamburger patty came from beyond what was told to you
 7   by this -- Mr. Henderson?
 8      A.   Not to my recollection.
 9      Q.   Did you do anything to, you know, sort of
10   compare it against other Steak N Shake hamburger
11   patties?
12      A.   No.
13      Q.   Okay.  And you didn't speak to anybody from
14   Steak N Shake about the patty, correct?
15      A.   Correct.
16      Q.   I know you're not a meat expert, but did
17   you -- do you even know what kind of meat it is,
18   whether it's beef or pork or something else?
19      A.   Not to my recollection, no.
20      Q.   Okay.  So, it's not part of your opinion that
21   this hamburger patty came from Steak N Shake?
22      A.   No.
23      Q.   All right.  So, sort of the second part of
24   your opinion is that these types of larvae flies are
25   known vectors of bacteria that are pathogenic to
```