IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEAK N SHAKE INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:18-cv-00072-SRC |
| MELISSA WHITE, | ) ) ) |
| Defendant. | ) |

**STEAK N SHAKE INC.'S MOTION TO EXCLUDE THE REPORT, OPINION, AND TESTIMONY OF MELISSA WHITE'S EXPERT DR. JEFFREY TOMBERLIN**

Plaintiff Steak N Shake Inc. ("SNS" or "Plaintiff"), pursuant to Federal Rules of Evidence 702 and 403, moves to exclude any reports, opinion, or testimony proffered by Defendant Melissa White's ("White") designated expert Dr. Jeffrey K. Tomberlin ("Dr. Tomberlin"). In support of this motion, SNS states:

1. White designated Dr. Tomberlin as her expert witness in this action. Dr. Tomberlin has prepared a report and been deposed by SNS's counsel.

2. In preparing his report, Dr. Tomberlin made no findings or conclusion regarding White's allegations that there were worms or maggots in her hamburger patty on January 5, 2018.

3. Dr. Tomberlin's report is based only upon his examination of <u>a</u> hamburger patty on December 17, 2018, nearly a year after the incident at issue occurred.

4. Dr. Tomberlin's report offers no useful, helpful, or even instructive information regarding whether or not the hamburger patty contained worms or maggots on January 5, 2018.

5. Dr. Tomberlin testified that on December 17, 2018, he found three (3) fly larvae in a single hamburger patty he inspected on that one occasion. He also testified that he could not say to any degree of scientific certainty that the patty he inspected was a SNS hamburger patty, and

was specifically *not* rendering an opinion as to whether the contamination he found was present in the patty on January 5, 2018.

6. There is no scientifically sound or provable chain of custody for the single patty inspected by Dr. Tomberlin.

7. Because his report, opinion, and testimony only provide information on whether a hamburger patty contained fly larvae nearly one year after the incident, his report is not useful in deciding the ultimate factual issues.

8. Dr. Tomberlin also has no opinion on whether SNS was serving contaminated meat to customers on January 5, 2018 – which is a critical component of SNS's defamation claim against White.

9. To include the report, testimony, or opinion of Dr. Tomberlin would unfairly prejudice SNS.

10. The grounds supporting SNS's Motion to Exclude Dr. Tomberlin's report, opinion and testimony are more fully set forth in the accompanying Memorandum in Support, incorporated herein by reference.

WHEREFORE, Plaintiff Steak N Shake Inc. respectfully requests that this Court grant Plaintiff's Motion to Exclude the Report, Opinion, and Testimony of Defendant's Designated Expert Dr. Jeffrey Tomberlin, and for any such other relief as this Court deems just and proper.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Erin E. Williams*
Erin E. Williams, MO #60935MO
Thomas R. Chibnall,  #67994MO
7700 Bonhomme Avenue, Suite 650
St. Louis, MO  63105
Tel:  314-802-3935
Fax:  314-802-3936
erin.williams@ogletree.com
thomas.chibnall@ogletree.com

Attorneys for Steak N Shake

### CERTIFICATE OF SERVICE

The undersigned certifies that on July 24, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

*/s/ Erin E. Williams*
Attorney for Steak N Shake

39152834.1