IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEAK N SHAKE INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:18-cv-00072-SRC |
| MELISSA WHITE, | ) ) ) |
| Defendant. | ) ) |

**PLAINTIFF'S CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Pursuant to Local Rule 7-4.01(D), Plaintiff/Counter-Defendant Steak N Shake, Inc. ("SNS") hereby requests leave to file a Memorandum in Support of SNS's Motion for Summary Judgment in excess of the 15-page limitation. In support of this motion, SNS states the following:

1. On May 25, 2018, White filed multiple counter-claims against SNS for violation of the Missouri Whistleblower's Protection Act, sex discrimination under the Missouri Human Rights Act, and intentional infliction of emotional distress under Missouri common law. (Doc. 18). This Court dismissed White's counterclaim alleging sex discrimination under the Missouri Human Rights Act. (Doc. 38).

2. On February 26, 2019, White, acting *pro se*, filed a new civil action in this Court alleging sex and race discrimination, sex harassment, and retaliation claims pursuant to Title VII of the Civil Rights Act.

3. On March 5, 2019, SNS moved this Court to consolidate White's Title VII case with the pre-existing matter, because White's several counterclaims were based upon identical facts and circumstances. (Doc. 61).

4.     On March 8, 2019, this Court granted SNS's motion to consolidate. (Doc. 64).

5.     SNS intends to file a Motion for Summary Judgment on all of White's counterclaims. SNS has exceeded the page limit only out of strict necessity and for compelling reasons.

6.     Specifically, SNS must individually address four separate counterclaims raised by White:  sex and race discrimination, sex harassment, retaliation under the Missouri Whistleblower's Protection Act, and intentional infliction of emotional distress. SNS needs to discuss and analyze each of White's counterclaims in its Memorandum in Support of its Motion for Summary Judgment. This Motion is not being filed for delay or any improper purpose, but so that justice may be served.

7.     Because of the facts, SNS's undersigned counsel is requesting leave to file a supportive Memorandum of 21 pages.

8.     SNS's counsel conferred with White's counsel, who indicated White consents to this request.

For the foregoing reasons, SNS respectfully requests this Court to grant it leave to file a Memorandum in Support of SNS's Motion for Summary Judgment exceeding the page limitation, up to 21 pages.

        Respectfully submitted,

        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

        /s/ Erin E. Williams
        Erin E. Williams, MO #60935
        Thomas R. Chibnall, MO #67994
        7700 Bonhomme Avenue, Suite 650
        St. Louis, MO  63105
        Telephone:  314-802-3935
        Facsimile:  314-802-3936
        erin.williams@ogletree.com
        thomas.chibnall@ogletree.com

        Attorneys for Plaintiff Steak N Shake Inc.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 20, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Sam Henderson
HENDERSON LAW FIRM
1027 South Vandeventer Ave., 6th Floor
St. Louis, Missouri 63110
Tel: (314) 399-8266
Hendersonsa85@hotmail.com

*Attorney for Melissa White*

        /s/ Erin E. Williams
        Attorneys for Plaintiff Steak N Shake Inc.

39336528.2