1          IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF MISSOURI
2                   EASTERN DIVISION

3

STEAK N SHAKE, INC.,          )
4                             )
                  Plaintiff,  )
5                             )
vs.                           ) Case No. 4:18-CV-00072-RWS
6                             )
MELISSA WHITE,                )
7                             )
                  Defendant.  )
8

9

10          **DEPOSITION OF RASHAD LAMBERT,** produced,

11   sworn and examined on the 25th day of March, 2019, at

12   the Henderson Law Firm, 1027 South Vandeventer Avenue,

13   6th Floor, in the City of St. Louis, State of Missouri,

14   before Diane E. Tubbs, Certified Court Reporter within

15   and for the States of Missouri and Illinois, in a

16   certain cause now pending in the United States District

17   Court, For the Eastern District of Missouri, Eastern

18   Division.

19

20

21

22

23

24

25

```
1            (WHEREUPON, the witness was duly sworn.)

2                      RASHAD LAMBERT,

3    called as a witness herein, having been first duly

4    sworn, was examined and testifies as follows:

5                    DIRECT-EXAMINATION

6    BY MR. HENDERSON:

7         Q.   My name is Sam Henderson, and I represent

8    Ms. Melissa White in a lawsuit where she has been sued

9    by Steak N Shake.

10             Have you taken a deposition before?

11        A.   No, I haven't.

12        Q.   Okay.  So, there's just a few ground rules

13   we're just going to go over.  The court reporter is

14   taking down everything that we say here in this room.

15   So, I would need you to, whenever I ask a question --

16   I'm going to ask a series of questions, and I would need

17   you to first let me finish my question first, and then

18   you can provide a response.

19             If there's anytime that you do not

20   understand the questions I ask you, just ask me to

21   repeat the question, or I can rephrase it.  It could

22   just be my fault that I'm not asking the question the

23   right way.

24             What I also would like you to do is, if

25   there's a question that's pending, anytime you have to
```

1          A.    Somewhat, yeah.

2          Q.    Do you recall telling those other lawyers

3    from Steak N Shake that you did not believe that Frank

4    Tardy behaved in a rude or disrespectful manner to

5    Ms. White?

6          A.    I don't recall.

7          Q.    Okay.  You told us earlier, I think, that

8    you went to Florissant Valley for a year?

9          A.    Um-hum.

10         Q.    Yes?

11         A.    Yes.

12         Q.    And you just took general study courses

13   there; right?

14         A.    Yes.

15         Q.    Do you recall Ms. White saying anything to

16   you on January 5th about having put the hamburger pattie

17   in her car, or anyone's car?

18         A.    I believe so.  I'm not for sure, though.

19         Q.    Now, on January 5, 2018, you're not aware

20   of any customers receiving any meat with worms, or pests

21   or contamination; are you?

22         A.    No.

23         Q.    Are you aware of any management telling you

24   or other employees to serve contaminated meat or other

25   food to customers?