In the United States District Court

Eastern District of Missouri

Eastern Division

Steak N Shake, Inc.,

            Plaintiff,

vs.                                   Case No. 4:18-CV-00072-RWS

Melissa White,

            Defendant.

    Deposition of George Nicholson III, taken on behalf of the Defendant, at the Henderson Law Firm, 1027 S. Vandeventer Ave., St. Louis, Missouri, on August 15, 2019, before Faith A. Olliges, Missouri C.C.R. No. 807, Illinois C.C.R. No. 084-003344, Registered Diplomate Reporter and Certified Realtime Reporter.

| | |
|---|---|
| 1 | George Nicholson III, |
| 2 | of lawful age, having been first duly sworn to testify |
| 3 | the truth, the whole truth, and nothing but the truth |
| 4 | in the case aforesaid, deposes and says in reply to |
| 5 | oral interrogatories propounded as follows, to-wit: |
| 6 | EXAMINATION |
| 7 | QUESTIONS BY MR. HENDERSON: |
| 8 | Q.   Good morning. My name is Sam Henderson. I |
| 9 | am an attorney for Miss Melissa White. I am going to |
| 10 | be asking you a series of questions. The court |
| 11 | reporter is taking down everything that we say. So |
| 12 | most of my questions are going to require a verbal |
| 13 | response. Sometimes when people talk, they may nod |
| 14 | their head or shake their head, but I need a yes or no |
| 15 | or a verbal response so the court reporter can take it |
| 16 | down. |
| 17 | A.   Got you. |
| 18 | Q.   All right. Anytime you need to take a break, |
| 19 | just let me know. However, if there is a question |
| 20 | pending, I will ask you to provide the answer first |
| 21 | before taking a break. And sometimes I talk a little |
| 22 | bit fast or slow. If there's any time you don't |
| 23 | understand my question, just ask me to repeat it and |
| 24 | I'll be happy to do so. If you do provide a response, |
| 25 | I will assume that you understood my question. Is |

1    A.    No.  Not at all.
2    Q.    And do you have any knowledge of customers
3  receiving contaminated meat that day?
4    A.    No.
5    Q.    Do you believe anybody received contaminated
6  meat that day?
7    A.    No.  Because they would have called and said.
8  With all of the phone calls that we did receive,
9  nobody was saying, "I'm sick."  It was people saying,
10  "You all need to check your meat," and this is...
11    Q.    So nobody ever called and said, "Yeah.  I got
12  a worm burger, too"?
13    A.    No.  No.
14    Q.    Did any member of management, yourself
15  included, ever give the order to serve customers
16  contaminated meat?
17    A.    No.
18    Q.    Would that ever be something that you would
19  have done?
20    A.    No.
21    Q.    Would that ever have been something you think
22  anyone in management would have done?
23    A.    Anyone who wasn't aware that the meat is
24  contaminated.
25           MR. HENDERSON:  Calls for speculation.