```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF MISSOURI

 3                       EASTERN DIVISION

 4

 5    STEAK 'N SHAKE,

 6                       Plaintiff,

 7

 8    vs.                                    No. 4:18-CV-00072-RWS

 9    MELISSA WHITE,

10                       Defendant.

11

12

13            Deposition of PAMELA UNGER, taken on

14    behalf of the Defendant, at the Henderson Law Firm,

15    1027 South Vandeventer, 6th Floor, in the City of

16    St. Louis, State of Missouri, on the 27th day of

17    June, 2019, before Kristine M. Neal, Missouri

18    Certified Court Reporter No. 480; Illinois Certified

19    Shorthand Reporter, License No. 084-003902;

20    Registered Merit Reporter; and Notary Public.

21

22

23

24

25
```

1    PAMELA UNGER,
2    of lawful age, having been first duly sworn to
3    testify the truth, the whole truth, and nothing but
4    the truth in the case aforesaid, deposes and says in
5    reply to oral interrogatories, propounded as
6    follows, to-wit:
7                    EXAMINATION
8    QUESTIONS BY MR. HENDERSON:
9         Q    My name is Sam Henderson; I represent
10   Miss White.  I just have -- just going to go over
11   just some rules for the deposition.
12             Have you ever taken a deposition before?
13        A    No.
14        Q    Okay.  So there's a court reporter in the
15   room.  She's taking down everything that we discuss.
16             I'm going to ask you a series of
17   questions.  If there's any time you don't understand
18   any of the questions, just ask me to repeat my
19   question or rephrase it or "I don't understand the
20   question."
21             If you answer the question, is it fair to
22   say that you understood the question that was asked
23   to you?
24        A    Of course.
25        Q    Okay.  Any time you need to take a break,

1  get out of here.
2          THE WITNESS:  That's all right.  I'm doing
3  this --
4          MS. WILLIAMS:  Might as well finish,
5  right?
6          THE WITNESS:  -- for Melissa, yes.
7                    EXAMINATION
8  QUESTIONS BY MS. WILLIAMS:
9      Q   So just so it's clear, you were subpoenaed
10 by Mr. Henderson to appear at this deposition today,
11 correct?
12     A   I was.
13         MS. WILLIAMS:  Okay.  And just for the
14 record, we've never seen copies of the subpoenas
15 pursuant to Rule 45.  But that's not a question for
16 you, that's just a comment for the record.
17     Q   (By Ms. Williams)  Do you have any
18 knowledge of any customers being served contaminated
19 meat on January 5 of 2018?
20     A   No.
21     Q   Do you have any knowledge of any customers
22 being served contaminated meat on any date you
23 worked at Steak 'n Shake?
24     A   No.
25     Q   Did any member of management of