IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

STEAK N SHAKE, INC.,

        PLAINTIFF,

vs.              No. 4:18-CV-00072-RWS

MELISSA WHITE,

        DEFENDANT.

    Deposition of MELISSA WHITE, taken on behalf of the Plaintiff, at the offices of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 7700 Bonhomme, Suite 650, in the City of Clayton, State of Missouri, on the 19th day of September, 2018, before Tina M. Stumpf, RPR, CCR, CSR (MO, IL) and Notary Public.

Page 8

1         IT IS HEREBY STIPULATED AND AGREED by and
2    between Counsel for the Plaintiff and Counsel for
3    the Defendant, that this deposition may be taken in
4    shorthand by before Tina M. Stumpf, Registered
5    Professional Reporter, Missouri Certified Court
6    Reporter, CCR #623, Notary Public, and afterwards
7    transcribed into typewriting and signature of the
8    witness is not waived by agreement and consent.
9                    MELISSA WHITE,
10   of lawful age, having been first duly sworn to
11   testify to the truth, the whole truth, and
12   nothing but the truth in the case aforesaid,
13   deposes and says:
14         THE VIDEOGRAPHER:  This is the video
15   deposition of Melissa White, taken on behalf of the
16   Plaintiff, in the matter of Steak N Shake,
17   Incorporated, Plaintiff, versus Melissa White,
18   Defendant, Case No. 4:18-CV-00072-RWS, in the United
19   States District Court, Eastern District of Missouri,
20   Eastern Division.
21         The deposition is being held on September
22   19th, 2018, beginning at 9:25 a.m.
23         My name is Lynn Reina, certified legal
24   video specialist.  The court reporter is Tina
25   Stumpf.  Would counsel please introduce themselves

Page 122

1  I would have, but Frank already said he was on his
2  way, so why wouldn't I let him address it?
3      I was doing my chain of command. I
4  reported it to Rashad, I reported it to Theresa, I
5  tried to report it to George, I reported it to
6  Frank. I thought Frank was going to handle the
7  situation, so why would I call Lucy? I didn't call
8  Lucy until after I got fired.
9   Q   Okay. So let me think about this.
10     You've spoken to Frank, he said I'm on my
11 way. I'm coming now. Yes?
12  A   Yes, ma'am.
13  Q   There was obviously a period of time
14 before he arrived at the store, and I know you don't
15 remember exactly how long that was.
16     What did you do during that period of
17 time?
18  A   Um, we tried to -- we tried to keep quiet
19 about the meat and we stopped. Theresa told the
20 grill line, "Do not serve anymore meat until Frank
21 check it." I told them, "Do not sell anymore meat
22 until they check it."
23     I looked over, and Rashad, and Elmo, and
24 Darryl started serving meat again. So I walked up
25 there and I said, "What are you guys doing?"

Page 123

1  They're, like, "Well, we don't know what to do." I
2  said, "Like, you can't serve this until somebody
3  checks it." And I scraped a couple of those patties
4  off of the grill. And I said, "We have to wait
5  until Frank checks it."
6   Q   Now when you had gone on break -- or when
7  you decided to take your meal, you said that you
8  only had one table in the restaurant, correct?
9   A   Table 70.
10  Q   Okay. Had more tables come in?
11  A   I believe two other tables came in.
12  Q   Okay.
13  A   And me and Theresa went to the door, and
14 we told them at this time we're -- we cannot sell
15 anything at this time.
16  Q   Okay. Did they stay or did they leave?
17  A   They left, because we told them we cannot
18 serve them at this time.
19  Q   Okay.
20  A   We're having technical difficulties, and
21 we can't serve them at this time.
22  Q   Got it. And you still had how many people
23 left in the restaurant who were finishing up food
24 that had already been served?
25  A   I know at my table 70 there were six.

Page 124

1   Q   Okay.
2   A   And I believe Theresa may have had a
3  one-top and there might have been a two-top, but
4  there was not very many people in the restaurant at
5  all.
6   Q   Okay. And none of them complained about
7  their food?
8   A   None of them. No.
9   Q   All right. So in -- one of the things you
10 did in the time period between finding the meat and
11 calling -- or between talking to Frank and when
12 Frank arrived was try to stop the restaurant from
13 serving anymore meat --
14  A   Yes.
15  Q   -- or food. Okay.
16  A   The meat, until the manager checked it.
17 We even told them they could have a salad, but we
18 have to let -- we have to -- we have to wait until
19 the manager gets here.
20  Q   Okay. What else did you do during that
21 period of time?
22  A   I remember I went to the back and I showed
23 Jane the meat and she said, we cannot -- before I
24 told them to stop selling the meat I showed Jane,
25 and she said, "We cannot serve that meat. There's a

Page 125

1  problem with Sigma. Those are worms. I've seen it
2  in other Steak-n-Shakes."
3   Q   Okay. What else did you do?
4   A   I'm not sure. I went to the bathroom.
5  I'm not sure.
6   Q   Did you take pictures of anything?
7   A   Yes.
8   Q   Okay. What did you take pictures of?
9   A   I took pictures of them when they started
10 serving the meat again after I told them not to, so
11 that I could show Frank that they started serving it
12 before he checked it.
13  Q   Okay. Anything else you took pictures of?
14  A   At that time?
15  Q   Yes.
16  A   No, not that I remember.
17  Q   Okay. Did you take other pictures later?
18  A   Yes.
19  Q   When?
20  A   When Frank told me I was fired, I went in
21 the back and I took the picture of George and him.
22 George had his mask. So I could prove, like, why is
23 he even in there if he has pneumonia. You guys
24 don't care about anybody. So I remember I took a
25 few pictures.

Page 178

1  other lady's name.
2  Q  Okay.  Were they just sort of sitting in
3  the front lobby area or how did -- how did -- how
4  did you get to them?
5  A  As soon as you walk in, there's a desk
6  with ladies working at it.
7  Q  Okay.  And those are the ladies you spoke
8  to?
9  A  Yes.
10 Q  Got it.  Was Fred, from earlier, was he
11 there?
12 A  Yes.  They called him out of the back.
13 Q  Did you talk to him?
14 A  Yes.
15 Q  Okay.  Tell me -- okay.  Who, at the
16 Florissant Health Department saw the meat?
17 A  Kelly, the other lady, I think -- I
18 believe her name's Karen, Fred, and there was
19 another man in there.
20 Q  Okay.
21 A  And they all said it was disgusting, and
22 they called the County Health Department from in
23 there.
24 Q  Okay.  Was the meat still in the chili-mac
25 container?

Page 179

1  A  Yes.
2  Q  Was the lid on or off?
3  A  On.
4  Q  How long were you in the Florissant Health
5  Department?
6  A  Less than -- maybe three -- long enough to
7  call the other Health Department, so maybe three or
8  four minutes.
9  Q  Okay.  Long enough for four people to look
10 at it?
11 A  Yes, ma'am.
12 Q  Tell me --
13 A  And to make a call.
14 Q  Okay.  Tell me what you discussed with the
15 people at Florissant and what they said back to you?
16 A  I just told them that I'd been wrongfully
17 fired.  All I did was report this.  They seen it.
18 They called the County Health Department.  Um, they
19 told me to go home, put it in the freezer and wait
20 for them to contact me.
21 Q  Wait for who to contact you?
22 A  The Health Department.
23 Q  Which one?
24 A  I was at Florissant and I was calling the
25 County, so that would be the County that was

Page 180

1  supposed to call me back.
2  Q  Okay.  Who actually made the call to the
3  County?
4  A  Either Kelly or Karen, and they handed me
5  the phone.
6  Q  Okay.  So they dialed --
7  A  Yes.
8  Q  -- and gave you the phone?
9  A  Yes.  They dialed it.
10 Q  Okay.  And they were there --
11 A  Yes.
12 Q  -- while you were on the phone?
13 A  Yes, ma'am.
14 Q  Was Fred there?
15 A  I'm not sure if he walked back to the back
16 or not, so I' not sure.
17 Q  Okay.
18 A  But he was in the building.
19 Q  Sure.  Yeah, and I'm talking about who was
20 physically, like, in the same --
21 A  Listening to the phone call, I'm not sure
22 if he was right there.
23 Q  What about the other gentleman?
24 A  There was another gentleman there, yes.
25 He was still in the same area.

Page 181

1  Q  Okay.  And what did the Florissant -- what
2  did the people at Florissant say about why they
3  couldn't help you?
4  A  Because they don't handle that kind of
5  stuff.  The County does.  So she called them.
6  Q  So they don't do the food safety stuff?
7  A  I don't know exactly what they don't do.
8  She just told me they don't that.  I have to call
9  the County.  I'm not sure what they do and do not
10 do.
11 Q  Got it.  And then so they dialed the
12 County for you?
13 A  Yes.
14 Q  Do you know who you spoke to at the
15 county?
16 A  No.
17 Q  Okay.  Tell me what you told this person
18 on the phone about at the County?
19 A  I told them that there was bad meat by the
20 grill and I found worms in the burger that we were
21 cooking, and they wouldn't let me show them where
22 the rest of the worms were coming -- where the worms
23 came from out of the back or where the cont -- where
24 it even came from.
25 Q  Okay.  And just so I'm clear, you didn't

Page 182

1 actually see worms in any other meat, correct?
2  A  No, but I seen other contaminated meat.
3  Q  The stuff by the grill?
4  A  Yes.
5  Q  Okay.  But you didn't see worms there?
6  A  No.
7  Q  Okay.  It was just brown and kinda smelly?
8  A  Kinda.  Yeah, really.
9  Q  Okay.  And the pan that you took your
10 patty out of, --
11  A  Uh-huh.
12  Q  -- did you observe anything else in that
13 pan?
14  A  No, because it was above my head as well.
15  Q  Okay.
16  A  So I didn't grab from the first two
17 because they were -- the cover was off of them, so I
18 closed them back.  And then the third one I grabbed
19 from, but it was a little -- it's above me just a
20 little.
21  Q  Yeah.
22  A  So --
23  Q  Okay.
24  A  -- I couldn't necessarily see, but I just
25 grabbed it --

Page 183

1  Q  Okay.
2  A  -- and I thought that it was perfect
3 because, again, I went to get fresh meat.
4  Q  Right.
5  A  So I thought it was a perfect patty.
6  Q  And when you first picked it up, you
7 didn't see anything?
8  A  No.
9  Q  Okay.  And I'm just trying to get a full
10 scope of what you observed to be contaminated meat,
11 or food, at that store that day.
12  A  Yes, ma'am.  Me and everybody else.
13  Q  Okay.  Well -- and I -- you can only
14 testify for yourself, --
15  A  Yes, ma'am.
16  Q  -- of course.
17     So the only thing that you directly
18 observed that you -- you were calling contaminated,
19 is the hamburger patty that you put on the grill for
20 yourself, and then the meat that was by the grill
21 when you first went back there to make a meal?
22  A  Yes.  But if I took one patty out of that
23 container and it was contaminated, that means the
24 whole patty is contaminated.  So I -- that means the
25 whole container's contaminated.

Page 184

1  Q  So, yeah.  And I'm just trying to get an
2 understanding of what you directly observed.
3  A  So what I directly observed was a
4 contaminated patty come out when I smashed it down,
5 so that means that pan was contaminated.  And I
6 observed a stinky, smelly rotten meat next to the
7 grill as well.
8  Q  Got it.  Okay.
9     And I understand.  You believe that
10 because the one patty was contaminated the rest of
11 the pan probably was, too, but you didn't actually
12 observe it one way or the other?
13  A  I observed worms coming out of the patty.
14 And if there's worms in one patty, there has to be
15 worms in the rest.
16  Q  Okay.
17  A  Or at least that pan is contaminated.  If
18 there was a worm in one patty, then there was
19 contamination everywhere.
20     And I also witnessed the contamination
21 because those -- those two were uncovered, so that's
22 contaminated in there as well.
23  Q  But you didn't see anything wrong with it?
24  A  No.  I just covered it back up.
25  Q  Right.  You didn't see anything wrong with

Page 185

1 the pan -- the patties in the pan that you took
2 yours out of?
3  A  Not until I smashed it on that grill.
4  Q  Okay.  And that's the only puck from that
5 pan that you actually saw contamination?
6  A  Technically?  Yes.  But again, if there
7 was worms in that patty, there's worms in that whole
8 thing.  And I just wanted to show him where it came
9 from so we can discard and do what we have to do.
10     Call Sigma, as Pixie said, because there's
11 been other worms in other Steak N Shakes, and she
12 knows what was happening, but nobody was listening.
13  Q  Got it.
14  A  Nobody even tried to listen to me.
15  Q  When you were at the Florissant Health
16 Department, on the phone with the person from the
17 County -- I'm sorry.  Did I ask you, do you know the
18 name of the person you spoke to?
19  A  No, ma'am.
20  Q  Okay.  What did you tell the person at the
21 County?
22  A  I told them exactly what happened.  That I
23 was at work, the meat on the side of the grill was
24 nasty.  I got meat out of a pan.  It was -- it ended
25 up having worms in it.  I told them they're still

Page 218

1  They were still serving contaminated meat. I was
2  worried. Informing everybody.
3     Q   All right. Now it starts off by saying "I
4  just got fired." Right?
5     A   Yeah. Yes.
6     Q   Okay. So you wanted to inform the public
7  that you'd been fired?
8     A   No. I wanted to inform them that I just
9  got fired for serving contaminated meat. For
10 selling and refusing to sell, yes.
11    Q   Okay. And the being fired part was
12 important to you?
13    A   Of course. I was very upset. I just got
14 fired.
15    Q   Okay.
16    A   I couldn't believe I was fired for
17 reporting a safety concern.
18    Q   Because you had reported them before and
19 never been fired?
20    A   There you go.
21    Q   Right?
22    A   Yes, ma'am.
23    Q   Okay. Let's take this -- so there's -- we
24 have sort of a four square of photos. In the upper
25 left corner, did you take this photo?

Page 219

1     A   Yes.
2     Q   On the mobile device?
3     A   Yes.
4     Q   And what meat patty is this?
5     A   The meat patty that was -- the main meat
6  patty that was in question with the worms coming
7  out.
8     Q   Okay. Can you see the worms in the photo?
9     A   I see one for sure.
10    Q   Can you point it out to me, please?
11    A   Right in the middle.
12    Q   Let's see.
13    A   Right in the middle, and I think there was
14 another one coming up or something.
15    Q   Okay.
16    A   But, yeah.
17    Q   Are you sure those aren't fat particles?
18    A   No, I'm sure it was a worm crawling. Fat
19 particles don't crawl.
20    Q   Okay. They pop, though, when you cook
21 beef?
22    A   These were wiggling, and Rashad even, was
23 like, "Ew, there's worms," and then I seen 'em. We
24 were sure. There were worms in the burger.
25    Q   Okay.

Page 220

1     A   I've been working there for a long time.
2  I've never seem a worm in a burger.
3     Q   Okay.
4     A   And then that day, I've seen worms in the
5  burger.
6     Q   Where is the burger sitting when this
7  photo is being taken?
8     A   That's a directly off the grill and my
9  spatula. I believe I sent that picture to Frank.
10    Q   Okay. So you had the spatula in one hand
11 and the phone in the other?
12    A   I believe so. Either that or somebody
13 else took it, but I think so. I'm not sure.
14    Q   Okay. The picture to the right, the top
15 right, is that one in the photos we looked at in our
16 last --
17    A   Yes, ma'am.
18    Q   Okay.
19    A   And as well as the one on the left.
20    Q   The bottom left?
21    A   Yes, ma'am.
22    Q   Okay. So bottom right-hand photo, what
23 are we looking at there?
24    A   Another picture of the meat.
25    Q   The -- the key meat patty in question?

Page 221

1     A   The key -- well, there's more than one
2  meat patty in question, but that was the steak
3  burger that was supposed to be my employee meal.
4  Yes, ma'am.
5     Q   Okay. And it looks like it might be in
6  the --
7     A   Chili-mac container. Yes, ma'am.
8     Q   Okay. And are you still in the store at
9  this point?
10    A   Yes.
11    Q   Was this taken before or after Frank got
12 there?
13    A   The fourth picture?
14    Q   Yes.
15    A   I think -- I'm unsure, but I believe it
16 was tooken as soon as it went in the chili-mac
17 container.
18    Q   At any point, did you ask Pam or Theresa
19 to send you photos of the beef?
20    A   Yes. I asked Pam.
21    Q   Okay. Tell me about -- sorry. Go ahead.
22 I didn't mean to cut you off.
23    A   You're okay. You go ahead.
24    Q   Um, I guess, what photos did Pam have of
25 the beef?

Page 234

1 the meat."
2  Q  Okay. Here's what I'm trying to
3 establish, is that you didn't see worms in any other
4 patty other than the one that you were making for
5 your meal?
6  A  I didn't see it. But if there's worms in
7 one patty, and the other meat's brown, and the meat
8 came out of there, then I know in my heart that
9 there's worms in it all.
10  Q  How do you --
11  A  And that was my first time ever seeing a
12 worm at -- in food at Steak N Shake.
13  Q  Okay. How do you know which pan this is
14 by the grill in the Facebook photo?
15  A  You don't.
16  Q  So you don't know?
17  A  No. And also Frank didn't know because he
18 wouldn't let me direct him where the contaminated
19 meat was coming from. And two of the other
20 containers lids were already off.
21  Q  And I'll get to that.
22        (Plaintiff's Exhibit 10 marked
23         for identification.)
24  Q  I am handing you Exhibit 10, which I'll
25 represent to you these are documents produced by

Page 235

1 you.
2  A  Excuse me. I'm so sorry.
3  Q  It's okay.
4     It's not the entirety of the Facebook --
5 or social media posts you sent us. We pulled out
6 certain ones, but they were all produced from you
7 and your attorney.
8  A  Uh-huh.
9  Q  And I want to go through -- can you -- so
10 on page 15, --
11  A  Yes.
12  Q  -- we have at the very top of the page,
13 India Hoskins says, "Oh, my God." Many exclamation
14 points. Or, excuse me, she say, "OMG," many
15 exclamation points. "I'm done," and then some emoji
16 faces. "I had got mommy some the other day and her
17 stomach was hurting."
18     Do you know India Hoskins?
19  A  No.
20  Q  Okay. So this is just somebody who posted
21 on your Facebook page?
22  A  Yes.
23  Q  Okay. Let's turn then to the next page,
24 which is 23.
25  A  Yes.

Page 236

1  Q  And at the top, we have Cassandra Payton,
2 Metrie Payton. It says, "So no more Steak N Shake
3 ever. Lol."
4     Do you see that?
5  A  Yes.
6  Q  Do you know these people, first?
7  A  No.
8  Q  If you turn to the next page, sort of
9 three down, Jasmine Johnson. You got the right one.
10     Do you see that?
11  A  Yes.
12  Q  "I'm done eating Steak N Shake... that's
13 sad." Correct?
14  A  Yes.
15  Q  Do you know her?
16  A  No.
17  Q  Turn to the next page, 26. The last one
18 is from Larry Gibson. "Wow. I won't be eating
19 there anymore."
20     Do you see that?
21  A  Yes.
22  Q  So you know Larry?
23  A  Yes.
24  Q  Okay. Who's Larry?
25  A  Uh, he's a customer that was a customer

Page 237

1 every Saturday morning.
2  Q  Okay. He came in every Saturday morning?
3  A  Yes. To see me.
4  Q  Okay. You were his waitress?
5  A  Yes.
6  Q  Server?
7  A  Yes.
8  Q  Okay. And so now you have influenced
9 Larry not to go back there?
10  A  If that's what you're saying, yes. But I
11 influenced him to not buy contaminated meat one day.
12 I didn't tell him never to go back there. I told
13 him that there was contaminated meat on January
14 5th. Other than that, I didn't personally ever
15 tell him never to go back there.
16  Q  Okay.
17  A  I wouldn't tell anybody that.
18  Q  Okay. Page 32, Dimitri Lasha Weeden
19 Brown. "You were nice every time we came in...won't
20 be eating there anymore."
21     Do you see that?
22  A  Uh-huh.
23  Q  Do you know who that woman is?
24  A  No.
25  Q  Okay. Apparently she was a customer?

60 (Pages 234 - 237)