#### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF MISSOURI
#### EASTERN DIVISION

| | |
|---|---|
| STEAK N SHAKE INC, | ) |
| | ) Cause No.: 4:18-cv-00072-SRC |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MELISSA WHITE, | ) |
| | ) |
| Defendant. | ) |

**MELISSA WHITE'S MOTION FOR LEAVE TO FILE SUR-REPLY TO STEAK N SHAKE, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Ms. White respectfully requests this Court to grant her Motion for Leave to File Sur-reply in the above matter. In support of her motion, Ms. White states the following:

1. Ms. White believes it is necessary to file a Sur-reply because Steak N Shake has misapplied the issue preclusion doctrine in the context of the judicial estoppel doctrine.

2. Further, Steak N Shake has overlooked very important facts and law in the case demonstrating that Ms. White has put forth sufficient counterclaims.

3. On October 11, 2019, Steak N Shake has filed a motion to strike in the above matter. As a result, Ms. White intends to respond to that motion. At this time, the case is still open.

4. Granting this Motion for Leave will not cause any delay.

5. Ms. White respectfully requests that Ms. White's Sur-reply be accepted, which is attached as Exhibit 1.

WHERFORE, Ms. Melissa White respectfully requests this motion to be granted and to grant any further relief that it deems proper and just.

1

Respectfully submitted,

By: /s/ Samuel Henderson
Samuel Henderson (MBE #56330MO)
1027 South Vandeventer Avenue, 6th flr.
Saint Louis, Missouri 63110
314-775-9798
Hendersa85@hotmail.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing document was file on the electronic filing system where the attorneys of record received a copy on 13th day of October, 2019.

/s/ Samuel Henderson