

**India Hoskins**
Omg !!!!!!!!! I'm done. 😭😭😭

Jan 5 at 1:21 PM  ·  Like  ·  👍 1

**Marie Patrick**
Hope she doesnt have food poisoning
this is ridiculous smh
Jan 5 at 1:22 PM  ·  Like  ·  👍 1

**Iman Monay Hoskins**
Maaaaan im done with fast food frfr!
Unless im in the back cooking. Cant
trust folks
Jan 5 at 1:23 PM  ·  Like  ·  👍 1



15



**PLAINTIFF'S EXHIBIT**

**7**



**Megan Duggan and 7.4k others**



**Cassandra Payton**
**Metrii Payton** so no more steak in shake ever lol

Jan 5 at 1:19 PM  ·  Like  ·  Reply  ·  4

 Write a comment...  

  

23

 8:22 AM

**Megan Duggan and 7.4k others** >

 **Rachael DeWald**
**Nick**...never again!
Jan 5 at 1:21 PM · Like · Reply

 **Jazmine Johnson GottherightOne**
Im done eating steak n shake... Thats sad
Jan 5 at 1:23 PM · Like · Reply

 Write a comment...  

  

Q5

 **Megan Duggan and 7.4k others**   ⟩   👍   8:22 AM

 **Yolonda Fountain-Henderson**
I do not want extra in my burger
Jan 5 at 1:24 PM  ·  Like  ·  Reply

 **Larry Gibson**
wow. I wont be eating there anymore
Jan 5 at 1:25 PM  -  Like  -  Reply

📷  Write a comment...              GIF  ☺

      

26



**Megan Duggan and 7.4k others** > 👍

Jan 5 at 1:28 PM · Like · Reply · 👍 3

**DeMetri Lasha Weeden-Brown**

Wont be eating there anymore

Jan 5 at 1:28 PM · Like · Reply · 👍 3



Write a comment...   GIF  ☺

Screenshot_2018-06-25-08-18-34.png

Page 1 of 1



**Megan Duggan and 7.4k others**    `>`    👍

8:18 AM



**Chasity Tiara**

Nasty af!!

Jan 5 at 1:45 PM  ·  Like  ·  Reply  ·  👍 1



**DeBbie Shields Budde**
That's disgusting

Jan 5 at 1:45 PM  ·  Like  ·  Reply



**Heather Dansberry**
Eww. Won't be going there

Jan 5 at 1:46 PM  ·  Like  ·  Reply

 Write a comment...     

    

5a

Screenshot_2018-06-25-08-18-20.png                                              Page 1 of 1



**Megan Duggan and 7.4k others**   〉   👍



**Desmand Jackson**
**Monet Grant**
Can't eat there anymore.

Jan 5 at 1:47 PM  ·  Edited  ·  Like  ·  Reply  ·

😮 1



Write a comment...                    GIF   ☺

54

Screenshot_2018-06-25-08-17-29.png                                    Page 1 of 1



Screenshot_2018-06-25-08-17-25.png                                    Page 1 of 1



Megan Duggan and 7.4k others                    〉      👍

Yolanda M Wright-Grosser



Never again. I'm not eating out anymore this is disgusting

Jan 5 at 1:55 PM  ·  Like  ·  Reply  ·  3

Write a comment...                    GIF  ☺

◁        ○        □

6a



**Megan Duggan and 7.4k others**



**Andre Shaw**
burn that _____ establishment down

Jan 5 at 2:03 PM  ·  Like  ·  **Reply**  ·  1

Write a comment...   GIF

67



**Saynt Louie**
Foul as fucc smh

Jan 5 at 2:04 PM  ·  Like  ·  Reply  ·  👍 1



**Chu Woo**
Omg!!!!!  Eeeew

Jan 5 at 2:04 PM  ·  Like  ·  Reply

Write a comment...   GIF   ☺

68



**Beano Banz**
Nasty mtfukas

Jan 5 at 2:05 PM  ·  Like  ·  Reply  ·  🔘 1



69

Screenshot_2018-06-25-08-15-49.png



8:15 AM

**Megan Duggan and 7.4k others**



**Jas Watson**
Ty Smalltalk Watson now I gotta get rid
of Steak 'n Shake

Jan 5 at 2:15 PM  ·  Like  ·  Reply  ·  2



Write a comment...   GIF

Screenshot_2018-06-25-08-15-43.png



 **Ryan Young**
**Sandy Kallaos Young** no more Steak 'n Shake for us!

Jan 5 at 2:17 PM  ·  Like  ·  Reply

Write a comment...    GIF   ☺

78

Screenshot_2018-06-25-08-14-37.png



 8:13 AM

**Megan Duggan and 7.4k others** ❯ 👍

↺ **Load previous comments**

 **Donnah Yvette Thomas**
**Zachary Evan** omg!
Jan 5 at 2:37 PM · Like · Reply ·  2

 **Aggie Doe**
Not eating there anymore
Jan 5 at 2:38 PM · Like · Reply · 👍 1

 Write a comment... GIF ☺

 

95

Screenshot_2018-06-24-12-22-38.png

Page 1 of 1



**Megan Duggan and 7.4k others**



**Linda Daugherty- Gilmore**
Will NOT eat there again, none of them

Jan 5 at 5:42 PM  ·  Like  ·  Reply  ·  🖤 7



Write a comment...



**Megan Duggan and 7.4k others**



**Cheli S Williams**
**Angela Jaboor** no more steak n shake

Jan 5 at 6:10 PM  ·  Like  ·  Reply  ·  6

Write a comment...    GIF



128

Screenshot_2018-06-24-11-52-09.png                                          Page 1 of 1



Megan Duggan and 7.4k others     〉     👍



**Lashonda Shanklin**
That shit hella nasty😖😖
Jan 5 at 9:41 PM · Like · Reply · 👍 1

**Karen Cockerham Riedisser**
Susan Berger
Not
Anymore!!!
Jan 5 at 9:54 PM · Like · Reply · 😤 1

�082 Write a comment...     GIF  ☺

181

Screenshot_2018-06-24-11-37-57.png                                    Page 1 of 1



 **Lorraine Hamm**                              never
again

Jan 17 at 9:40 PM  ·  Like  ·  Reply  ·   4



230

Screenshot_2018-06-24-11-14-19.png





289

Screenshot_2018-06-24-10-54-55.png                                    Page 1 of 1



Tim

This version of Messenger is out of date. Tap to install the latest version of the app.

JAN 5 AT 3:28 PM

Will never go there again!



Sent from web

DECLINE                                    REPLY

366

Screenshot_2018-06-24-10-50-26.png                                          Page 1 of 1





389





**Brandis Burton**
**Yvette Van Hook** don't eat there no more

Jan 5 at 4:12 PM  ·  Like  ·  Reply  ·  👍😠 2



**Paige Cook**
ew

Jan 5 at 4:15 PM  ·  Like  ·  Reply  ·  👍 2

Write a comment...                                    GIF  ☺

44 )

Screenshot_2018-06-24-12-31-36.png



**Megan Duggan and 7.4k others**



**Tina Vanderpool**
I'm never eating there again!!!

Jan 5 at 4:23 PM  ·  Like  ·  Reply  ·   2



**Tori Jenkins**
omg **Katie Worland Jordan Clem**
pukeeeee

Jan 5 at 4:26 PM  ·  Like  ·  Reply

Write a comment...     

  

450





**Teri Browning Broschayt**
That's disgusting!!
            I won't be eating at any
steak and shake anywhere if that's
their policy

Jan 5 at 5:17 PM  ·  Like  ·  Reply  ·  👍 9

Write a comment...                    GIF  ☺

476

Screenshot_2018-06-24-12-21-52.png                                Page 1 of 1



**Replies**

**Jacob Kuechenmeister**
I aint eating there
Jan 5 at 7:55 PM  ·  Like



Write a comment...                              GIF  ☺

498

Screenshot_2018-06-24-10-43-43.png



☒ ♠ ♠ ♠ ▣ 📶                    4G LTE 📶 🔋 10:43 AM

←        Kristie

This version of Messenger is out of date. Tap to install the latest version of the app.



# Kristie Lynn

Using Messenger without Facebook

JAN 5 AT 6:25 PM



that is disgusting and I won't be going there again....

☺ +

Sent from web

DECLINE                    ACCEPT

◁        ○        ☐

511

Screenshot_2018-06-24-10-36-35.png                    Page 1 of 1



JAN 7 AT 11:10 AM

 Never again

Sent from web

DECLINE                          ACCEPT



5 42