**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| STEAK N SHAKE, INC.,  ) | |
| ) | Case No. 4:18-cv-00072-SRC |
| Plaintiff,  ) | |
| ) | |
| v.  ) | |
| ) | |
| MELISSA WHITE,  ) | |
| ) | |
| Defendant.  ) | |

**DEFENDANT MELISSA WHITE'S MOTION TO CONTINUE**
**JULY 6, 2020 TRIAL DATE**

Come Now, Melissa White ("Ms. White"), through her attorney, requests a continuance of the current trial date. In support of her motion, Ms. White states the following:

1. Presently, the trial in the above matter is scheduled for July 6, 2020.

2. Ms. White anticipates it will be at least four days to complete the trial.

3. The undersigned counsel has a conflict in the middle of the trial week due to a court hearing on June 8, 2020 in the matter of State v. Jones, cause 2022-CR00339 in the 22nd Circuit Court.

4. Further, Ms. White's expert, Dr. Jeffery Tomberlin, has a conflict with the trial date because he is traveling and is working on other matters from July 6 to July 15, 2020.

5. Ms. White's expert, Dr. Catherine Adam Hutts, does not have a conflict with the current trial date, but she is working on another matter the following week of July 20-24th.

6. As a result, Ms. White requests the trial date to be continued to a date after July 24th for her counsel and experts to attend the trial.

7. Ms. White's counsel proposed to Plaintiff's counsel the following dates: July 27-31; August 3-7; August 10-14; and August 17-21.

8. Plaintiff's counsel indicated that they can be available the week of August 10 or August 17.

WHEREFORE, Ms. Melissa White respectfully requests that her Motion to be granted, and for such other and further relief as the Court deems proper.

Respectfully Submitted

HENDERSON LAW FIRM

/s/ Samuel Henderson
Samuel Henderson, Mo. Bar 56330
Hendersa85@hotmail.com
1027 South Vandeventer Ave., 6th Fl
Saint Louis, Missouri 63110
Phone: (314) 399-8266
Fax: (314) 399-8265

### CERTIFICATE OF SERVICE

I hereby certify that on the 8th of June, 2020 a true and correct copy of the foregoing document was filed on the Court's electronic filing system upon attorneys on record.

/s/ Samuel Henderson