**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| STEAK N SHAKE, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:18-cv-0072-SRC |
| MELISSA WHITE, | ) |
| Defendant. | ) |

**JOINT STIPULATION FOR SEQUESTRATION OF WITNESSES**

COME NOW Plaintiff, Steak N Shake, Inc. ("SNS" or "Plaintiff") and Defendant Melissa White ("Defendant" or "White"), by and through their undersigned counsel, pursuant to Rule 615 of the Federal Rules of Evidence, and hereby jointly stipulate to the sequestration of witnesses during the trial proceedings. The parties agree that all witness will be sequestered with the exception of Plaintiff's designated corporate representative and Defendant Melissa White.

Respectfully Submitted,

| **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** | **HENDERSON LAW FIRM, LLC** |
|---|---|
| */s/ Thomas R. Chibnall* | */s/ Samuel Henderson (with consent)* |
| Thomas R. Chibnall, #67944 MO | Samuel Henderson, Esq. |
| Erin E. Williams, #60935 MO | 1027 S. Vandeventer Ave., 6th Floor |
| 7700 Bonhomme Ave., Suite 650 | St. Louis, MO 63110 |
| St. Louis, MO 63105 | Tel: (314) 775-9798 |
| Tel: (314) 802-3935 | Fax: (314) 399-8265 |
| Fax: (314) 802-3936 | Hendersa85@hotmail.com |
| Erin.williams@ogletree.com | |
| Thomas.chibnall@ogletree.com | *Attorney for Defendant Melissa White* |
| *Attorneys for Plaintiff Steak N Shake, Inc.* | |

43216624.1