**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STEAK N SHAKE INC., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:18-cv-00072-SRC |
| | ) | |
| MELISSA WHITE, | ) | |
| | ) | |
|     Defendant. | ) | |

**DEFENDANT MELISSA WHITE'S PROPOSED VOIR DIRE QUESTIONS RELATING TO COVID-19 PANDEMIC**

COMES NOW Defendant Melissa White ("Ms. White") provides the following proposed voir dire questions relating to Covid-19 pandemic below:

1.  Do you believe you or any member of your immediate household is at a higher risk of being exposed to the coronavirus?

2.  Are you experiencing any symptoms of coronavirus (fever, cough, shortness of breath, Headache, congestion, or respiratory problems)?  If so, what symptoms do you have and for how long have you been experiencing the symptoms?

3.  To the best of your knowledge, have you or your immediate household been exposed to the coronavirus?

4.  Are you unable to wear a mask for significant amount of time?

5.  Have anyone travel outside the country within the last 30 days?

6.  Have you or an immediate household member received a positive result on a coronavirus antibody or virus test?  If yes, please give the approximate date of the test.

7.  Are you an individual who has been financially impacted by the pandemic such that jury service would impose a substantial financial burden on you or your family?  If so, please explain.

8.   Are you responsible for caretaking of children or other such as an ill relative such that jury service would impose a substantial burden on you, your children, or another?  If so, please explain.

9.   Do you have any concerns related to coronavirus that might impact your ability to serve on the jury?  If so, please explain.

10. Are you an essential worker that have been asked to work significant amount of hours during the pandemic?  If yes, where are you employed and in what capacity?

11. The Court will be implementing procedures to maintain physical distance and minimize potential exposure to the coronavirus in the court room. Even with these precautions, do you have any concerns related to coronavirus that would affect your ability to pay attention and fully concentrate on the evidence in this case?

12. Do you have health concerns related to coronavirus that would affect your ability to pay attention and fully concentrate on the evidence in this case?

Dated:  July 8, 2020

 _/s/ Samuel Henderson_____
Samuel Henderson (#56330MO)
Henderson Law Firm
1027 S. Vandeventer Avenue, 6th floor
Saint Louis, MO 63110
314-399-8266-office
314-399-8265-fax
Email: hendersa85@hotmail.com

*Attorney for Melissa White*