UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEAK N SHAKE INC., | ) |
| Plaintiff(s), | ) |
| v. | ) No. 4:18-CV-00072-SRC |
| MELISSA WHITE, et al., | ) |
| Defendant(s). | ) |

## ORDER

**IT IS HEREBY ORDERED** that the jury in this cause be kept together and the jury meals shall be furnished at the expense of the United States.

Dated this 17th day of June, 2021.

_____
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE