**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| STEAK N SHAKE, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )   Case No. 4:18-cv-00072-SRC |
| | ) |
| MELISSA WHITE, | ) |
| | ) |
| Defendants. | ) |

### Judgment

This matter came before the Court for trial by jury.  The issues have been tried, and the jury rendered its verdict on Plaintiff's claim.

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that:

Plaintiff Steak N Shake, Inc. shall have judgment against Defendant Melissa White for actual damages in the amount of $70,000.00 and punitive damages in the amount of $10,000.00, plus post-judgment interest as allowed by 28 U.S.C. § 1961, and the costs of this action.

Dated: June 17, 2021.

_____
**STEPHEN R. CLARK**
**UNITED STATES DISTRICT JUDGE**